E-filing

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

**FILED**
DEC 12 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEHDI ZARRINEGAR,<br><br>    Plaintiff,<br><br>    v.<br><br>United States Department of Homeland Security, and Citizenship and Immigration Services,<br><br>    Defendants. | C 05-3096-MJJ<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the defendants have agreed to adjudicate the plaintiff's application for naturalization within 30 days.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS; AND PROPOSED ORDER
C 05-3096-MJJ                                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: December 8, 2005 | Respectfully submitted, |
| 3 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | |
| 5 | | |
| 6 | | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney |
| 7 | | Attorneys for Defendants |

Date: December 8, 2005

/s/
HAITHAM E. BALLOUT, ESQ.
LAW OFFICES OF HAITHAM EDWARD BALLOUT
Attorneys for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
_____
MARTIN J. JENKINS
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Haitham E. Ballout and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS; AND PROPOSED ORDER
C 05-3096-MJJ                                                2